Lorraine MARTINE, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 03–3125.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2003.

Before LINN, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Jerold RABER, Appellant,

v.

Aleda M. KELLGREN, Appellee.

No. 03–1328.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2003.

Before MAYER, Chief Judge, MICHEL and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.